1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ROBERT C. B., <br>     Plaintiff, <br> v. <br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br>     Defendant. | No. 2:24-cv-08143-SSS-BFM <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The decision of the ALJ is reversed and the matter is remanded for further proceedings consistent with the Report and Recommendation.

3. Judgment shall be entered consistent with this Order.

1     4.     The Court Clerk shall serve this Order and the Judgment on all
2 counsel or parties of record.

4 DATED: July 23, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE