JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT C. B., <br>     Plaintiff, <br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br>     Respondent. | No. 2:24-cv-08143-SSS-BFM <br><br> **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this matter is remanded, pursuant to sentence four of 42 U.S.C. § 406(g).

DATED: July 23, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE